# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., ET AL., | ) | CASE NO.1:14CV614 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. |
| | ) | BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| T-MAN, LLC., ET AL., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On July 15, 2014, the Court issued an Order to Plaintiffs, informing them that they had failed to perfect service on Defendant Jon Middendorf.  The Court ordered Plaintiffs to show good cause why they failed to perfect service on Middendorf within the 120 day period set forth in Fed. R. Civ. P. 4(m) by July 25, 2014, or the Court would dismiss Plaintiffs' claims against Middendorf without prejudice.  On July 21, 2014, Plaintiffs filed a Motion for Leave to Conduct Discovery in Aid of Service which was denied, however, the Court granted Plaintiffs an additional sixty days to complete service on Middendorf.  Because no service has been completed upon Middendorf, the Court, per Fed. R. Civ. P. 4(m), dismisses Plaintiffs' claims against him, without prejudice.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated:  May 20, 2015